**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  ANESHA A ANDERSON | ) | Case No. 22 B 10012 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

**TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN**

    **COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for December 22, 2022 10:00 am, for the following:

    File Declaration that amended Schedule J was signed under oath.

    **WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper.  In the alternative, the Trustee requests a hearing on the matter.

Dated: December 02, 2022

/s/ Thomas H. Hooper

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION**

| | | |
|---|---|---|
| RE:  ANESHA A ANDERSON | ) | Case No. 22 B 10012 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

**CERTIFICATE OF SERVICE**

I, Emily Baez, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

DAVID M SIEGEL                                              (via CM/ECF)
*Attorney for Debtor*

Patrick Layng                                                    (via CM/ECF)
United States Trustee

ANESHA A ANDERSON                                   (via U.S. Postal Service)
1232 PLUM TREE CT #A2
SCHAUMBURG, IL 60193
*Debtor*

Dated: December 02, 2022                             /s/ Emily Baez
                                                                     _____

                                                                     Emily Baez
                                                                     Office of the Chapter 13 Trustee
                                                                     55 E. Monroe St., Suite 3850
                                                                     Chicago, IL 60603
                                                                     (312) 294-5900