UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: )  BK No.: 22-10012
ANESHA A ANDERSON )
 )  Chapter: 13
 )  Honorable Donald R. Cassling
 )
 )
Debtor(s) )

**ORDER DISMISSING CASE FOR FAILURE TO MAKE PLAN PAYMENTS**

This matter coming before the court on Trustee's Motion to Dismiss;

IT IS ORDERED that the motion is granted and this case is dismissed pursuant to § 1307 (c)(4) for failure by the debtor to make timely payments as proposed by the plan pursuant to § 1326 (a)(1).

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: December 22, 2022

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900